# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JUSTIN EDMISTEN,

                  Plaintiff,

    v.

PICKENS, *et al.*,

                  Defendants.

Case No. 3:22-CV-00439-ART-CLB

**ORDER TO CHANGE ADDRESS**

On August 30, 2024, Plaintiff filed a motion for summary judgment. (ECF No. 62.) Per the Court's electronic filing system, a notice that the filing was submitted was sent to Plaintiff's address at the High Desert State Prison ("HDSP"). On September 3, 2024, HDSP returned this document as undeliverable because Swallow is now located at Northern Nevada Correctional Center ("NNCC"). (ECF No. 63.) Although Plaintiff listed his new address at NNCC in his motion for summary judgment, he has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **October 4, 2024**, and failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order to the Plaintiff at **NNCC**.

**DATED**:  September 3, 2024  .

_____
**UNITED STATES MAGISTRATE JUDGE**